AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| LOPEZ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:14-CV-00383-RCL |
| WT CONSTRUCTION, LLC et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WT Construction, LLC and William Titherington.

Date:   05/15/2014

*/s/ Steven Oster*
*Attorney's signature*

Steven M. Oster (376030)
*Printed name and bar number*

1850 M Street, N.W., Suite 280
Washington, DC 20006
*Address*

steve@osterlawfirm.com
*E-mail address*

(202) 596-5291
*Telephone number*

(202) 747-5862
*FAX number*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing Appearance of Counsel was filed using the Court's ECF system and thereby served on counsel of record.

May 15, 2014                                         _____
                                                                     Steven M. Oster