IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MAXIMILIANO GARCIA LOPEZ,**

      **Plaintiff,**

  v.                                      Civil Action No. 1:14-cv-00383-RCL

**WT CONSTRUCTION, LLC** and
**WILLIAM TITHERINGTON,**

      **Defendants.**

_____/

## STIPULATION OF DISMISSAL

The parties hereto, the Plaintiff and the Defendants, hereby stipulate pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that this civil action be and is hereby dismissed with prejudice, each party to bear its own costs and attorney's fees.

August 15, 2014                                        Respectfully submitted,

| **/s/Gregg C. Greenberg** | **/s/Steven Gremminger** |
|---|---|
| Gregg C. Greenberg, Bar No. 17291 | Steven Gremminger |
| The Zipin Law Firm, LLC | D.C. Bar No. 353821 |
| 836 Bonifant St. | Steven M. Oster |
| Silver Spring, MD 20910 | D.C. Bar No. 376030 |
| (301) 587-9373 (office) | GREMMINGER LAW FIRM |
|  | 5335 Wisconsin Ave., N.W., Suite 440 |
| David Vega, Bar No 411547 | Washington, D.C. 20015 |
| Law Offices of David Vega | (202) 885-5526 (office) |
| 8600 Second Avenue |  |
| Silver Spring, MD 20910 |  |
| (301) 585-5423 (office) |  |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I certify that the foregoing was filed using the Court's electronic filing system and thereby served on all counsel of record.

August 15, 2014                                 _____
                                                Steven Oster